**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Temira Haywood

Appellate case number:      01-21-00645-CV

Trial court case number:    2019-00560A

Trial court:                308th District Court of Harris County

Relator, Temira Haywood, has filed a petition for a writ of mandamus. The Court requests a response to the petition from the real party in interest, Rodolfo Hernandez. **The response, if any, is due to be filed with this Court no later than twenty days of the date of this order.**

It is so ORDERED.

Judge's signature: ____/s/ April Farris_____
                ☑ Acting individually    ☐ Acting for the Court

Date: ___December 9, 2021_____